IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　Plaintiff,　　　　　) <br>　　　　　　　　　　　　　　　)　Case No. 07-00218-01-CR-W-GAF<br>vs.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>EMMANUAL ROBINSON,　　　　)<br>　　　　　　Defendant.　　　　) | |

**ORDER**

Before the Court is the matter of defendant Emmanuel Robinson's final hearing on revocation of conditional release. Also before the Court is a motion for order (sealed) [doc. 120] filed by previous defense counsel, requesting that defendant be unconditionally released pursuant Title 18 U.S.C. §4243.

On July 28, 2010, defendant received an indefinite civil commitment of person found not guilty by reason of insanity for felon in possession of a firearm and felon in possession of ammunition. While in the custody of the Bureau of Prisons, defendant received mental health treatment, which included the prescription of antipsychotic medication; however, in June 2012, his medication regimen was discontinued. During his stint of custody, defendant reported malingering his psychosis in order to avoid criminal responsibility; however, he later recanted this claim, stating he lied about faking his mental illness.

On December 10, 2012, it was ordered that defendant be conditionally released from custody of the U.S. Marshals Service to the community. It was further ordered that defendant reside at the Adult Rehabilitation Center operated by the Salvation Army in Kansas City, Missouri, in addition to receiving substance abuse and mental health services through ReDiscover in Kansas City, Missouri.

Defendant was ultimately released from custody on January 9, 2013, at which time he was admitted to the Salvation Army's Adult Rehabilitation Center program. On January 29, 2013, defendant was dismissed from the program due to rule violations. More specifically, defendant used threatening language toward staff.

For the reasons stated above and as set forth on the record, defendant's conditional release is hereby REVOKED and he is ORDERED referred back to the custody of the Bureau of Prisons for further treatment and evaluation in order to determine what type of release he should ultimately receive. The motion for order (sealed) [doc. 120] is DENIED.

/s/ Gary A. Fenner
GARY A. FENNER
U.S. DISTRICT JUDGE

Dated: September 10, 2013